IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION No. 2:16-cv-48

| | |
|---|---|
| LAWRENCE E. PHIFER, | |
| Plaintiff, | |
| | ORDER STAYING PROCEEDINGS |
| CITY OF ELIZABETH CITY, a Municipal Corporation within the State Of North Carolina, | |
| Defendants. | |

This cause comes before the Court on the parties' Joint Motion to Stay Further Proceedings in this action for 30 days pending finalization of the parties' settlement agreement. In light of the parties' pending settlement and in the interest of judicial efficiency, the parties' joint motion to stay all further proceedings in this action is granted.

IT IS ORDERED that the proceedings herein are stayed for 30 days pending the parties filing a stipulation of dismissal or other appropriate motion if settlement agreement is not finalized within the appointed time period or further order of this Court.

This the __21st__ day of November 2017.

_____
HON. LOUISE FLANAGAN
UNITED STATES DISTRICT JUDGE